1

**<u>EXHIBIT 7</u>**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Section I: High-Level Data Cuts

## Cities
By Matter Type

| | | | | | | | Trend Analysis (Mean) | | |
|---|---|---|---|---|---|---|---|---|---|
| **Q2 2020 -- Real Rates for Partners and Associates** | | | | | | | | | |
| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | Q2 2020 | Q2 2019 | Q2 2018 |
| Indianapolis IN | Litigation | Partner | 49 | $317 | $400 | $483 | $413 | $419 | $386 |
| | | Associate | 35 | $190 | $251 | $321 | $264 | $268 | $264 |
| | Non-Litigation | Partner | 57 | $383 | $441 | $525 | $446 | $426 | $413 |
| | | Associate | 31 | $236 | $262 | $301 | $276 | $263 | $269 |
| Jackson MS | Litigation | Partner | 57 | $319 | $353 | $385 | $368 | $344 | $338 |
| | | Associate | 57 | $135 | $225 | $251 | $202 | $236 | $182 |
| | Non-Litigation | Partner | 28 | $297 | $353 | $483 | $375 | $347 | $350 |
| Jacksonville FL | Litigation | Partner | 11 | $281 | $300 | $378 | $350 | $292 | $312 |
| | | Associate | 12 | $145 | $208 | $404 | $265 | $225 | $248 |
| | Non-Litigation | Partner | 14 | $304 | $345 | $365 | $368 | $349 | $359 |
| Kansas City MO | Litigation | Partner | 82 | $373 | $443 | $514 | $456 | $454 | $409 |
| | | Associate | 80 | $275 | $308 | $340 | $306 | $294 | $270 |
| | Non-Litigation | Partner | 109 | $385 | $430 | $532 | $458 | $445 | $443 |
| | | Associate | 100 | $225 | $277 | $320 | $283 | $279 | $259 |
| Lafayette LA | Litigation | Partner | 15 | $150 | $150 | $150 | $170 | $170 | $206 |
| Las Vegas NV | Litigation | Partner | 21 | $250 | $360 | $563 | $429 | $391 | $356 |
| | | Associate | 19 | $247 | $280 | $313 | $284 | $273 | $261 |
| | Non-Litigation | Partner | 27 | $300 | $400 | $495 | $432 | $490 | $482 |
| | | Associate | 22 | $236 | $292 | $337 | $281 | $289 | $289 |
| Little Rock AR | Litigation | Partner | 11 | $235 | $250 | $250 | $272 | $286 | $268 |
| | Non-Litigation | Partner | 14 | $215 | $250 | $362 | $297 | $251 | $269 |
| Los Angeles CA | Litigation | Partner | 387 | $425 | $660 | $940 | $694 | $673 | $650 |
| | | Associate | 478 | $350 | $535 | $740 | $548 | $524 | $501 |
| | Non-Litigation | Partner | 583 | $564 | $795 | $1,085 | $837 | $803 | $771 |
| | | Associate | 834 | $432 | $605 | $794 | $629 | $608 | $595 |
| Louisville KY | Litigation | Partner | 17 | $301 | $349 | $391 | $351 | $348 | $340 |
| | | Associate | 21 | $180 | $210 | $260 | $218 | $218 | $212 |
| | Non-Litigation | Associate | 14 | $223 | $245 | $250 | $237 | $204 | $221 |
| Madison WI | Non-Litigation | Partner | 18 | $361 | $415 | $478 | $423 | $422 | $429 |
| Memphis TN | Litigation | Partner | 16 | $290 | $365 | $425 | $360 | $344 | $351 |
| | Non-Litigation | Partner | 20 | $285 | $321 | $357 | $327 | $337 | $349 |
| | | Associate | 12 | $195 | $213 | $225 | $215 | $235 | $229 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q2 2020 -- Real Rates for Partners**                    **Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q2 2020 | Q2 2019 | Q2 2018 |
|------|---------------------|---|----------------|--------|----------------|---------|---------|---------|
| Detroit MI | Fewer Than 21 Years | 31 | $300 | $329 | $400 | $346 | $337 | $343 |
| | 21 or More Years | 70 | $266 | $350 | $448 | $354 | $360 | $356 |
| Greenville SC | 21 or More Years | 14 | $390 | $455 | $495 | $460 | $438 | $414 |
| Hartford CT | Fewer Than 21 Years | 17 | $338 | $425 | $487 | $421 | $358 | $383 |
| | 21 or More Years | 39 | $424 | $502 | $730 | $561 | $525 | $482 |
| Honolulu HI | 21 or More Years | 19 | $275 | $300 | $425 | $363 | $359 | $345 |
| Houston TX | Fewer Than 21 Years | 73 | $502 | $675 | $828 | $691 | $673 | $652 |
| | 21 or More Years | 78 | $533 | $795 | $973 | $787 | $664 | $667 |
| Indianapolis IN | Fewer Than 21 Years | 32 | $297 | $384 | $420 | $367 | $366 | $338 |
| | 21 or More Years | 56 | $378 | $465 | $551 | $459 | $450 | $423 |
| Jackson MS | Fewer Than 21 Years | 22 | $296 | $342 | $357 | $330 | $322 | $303 |
| | 21 or More Years | 18 | $295 | $370 | $440 | $384 | $348 | $369 |
| Jacksonville FL | 21 or More Years | 11 | $300 | $325 | $460 | $384 | $333 | $360 |
| Kansas City MO | Fewer Than 21 Years | 51 | $328 | $396 | $440 | $386 | $369 | $353 |
| | 21 or More Years | 68 | $411 | $500 | $600 | $511 | $500 | $449 |
| Las Vegas NV | 21 or More Years | 18 | $250 | $475 | $675 | $485 | $491 | $452 |
| Little Rock AR | 21 or More Years | 12 | $230 | $250 | $275 | $273 | $266 | $278 |
| Los Angeles CA | Fewer Than 21 Years | 199 | $450 | $655 | $912 | $683 | $685 | $641 |
| | 21 or More Years | 365 | $528 | $731 | $1,047 | $797 | $743 | $723 |
| Louisville KY | 21 or More Years | 12 | $338 | $380 | $410 | $371 | $394 | $360 |
| Memphis TN | Fewer Than 21 Years | 11 | $286 | $290 | $365 | $317 | $303 | $311 |
| | 21 or More Years | 17 | $325 | $400 | $425 | $373 | $368 | $371 |
| Miami FL | Fewer Than 21 Years | 44 | $375 | $508 | $615 | $479 | $471 | $390 |
| | 21 or More Years | 107 | $350 | $546 | $726 | $541 | $530 | $482 |
| Milwaukee WI | Fewer Than 21 Years | 20 | $260 | $343 | $439 | $410 | $372 | $366 |
| | 21 or More Years | 36 | $378 | $458 | $611 | $516 | $407 | $402 |
| Minneapolis MN | Fewer Than 21 Years | 60 | $416 | $520 | $599 | $506 | $465 | $430 |
| | 21 or More Years | 120 | $399 | $605 | $743 | $590 | $582 | $493 |
| Nashville TN | Fewer Than 21 Years | 22 | $360 | $409 | $457 | $398 | $361 | $353 |
| | 21 or More Years | 43 | $418 | $457 | $514 | $456 | $433 | $438 |
| New Orleans LA | Fewer Than 21 Years | 34 | $301 | $348 | $442 | $367 | $341 | $327 |
| | 21 or More Years | 48 | $290 | $360 | $463 | $376 | $362 | $336 |
| New York NY | Fewer Than 21 Years | 514 | $630 | $1,010 | $1,273 | $965 | $939 | $889 |
| | 21 or More Years | 1126 | $598 | $949 | $1,330 | $977 | $964 | $929 |